JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEFANO ROCCO,<br><br>    Petitioner,<br><br>    v.<br><br>ORANGE COUNTY SUPERIOR COURT,<br><br>    Respondent. | No. SACV 13-1120-CAS (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: November 20, 2013

_____
CHRISTINA A. SNYDER
United States District Judge